UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

AUG 1 1 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TYSON WETZEL, et al.,

    Plaintiffs,

vs.                                                    CASE NO. 03-61346-CIV-ZLOCH

SINGING MACHINE CO., INC., et al.

    Defendants.
_____/

HEINZ BONDE,

    Plaintiff,

vs.                                                    CASE NO. 03-61386-CIV-ZLOCH

EDWARD STEELE, et al.,

    Defendants,
_____/

LARRY ELLBERGER,

    Plaintiff,

vs.                                                    CASE NO. 03-61636-CIV-ZLOCH

SALBERG & CO., P.A., et al.,

    Defendants,
_____/

ROBERT DE ANGELIS,

    Plaintiff,

vs.                                                    CASE NO. 03-61854-CIV-ZLOCH

EDWARD STEELE, et al.,

    Defendants,
_____/

MARC BOCCIARDI, et al.

    Plaintiffs,

vs.                                        CASE NO. 03-80602-CIV-ZLOCH

SINGING MACHINE CO., INC., et al.

    Defendants,

_____/

ARTHUR NETHING,

    Plaintiff,

vs.                                        CASE NO. 03-80654-CIV-ZLOCH

SINGING MACHINE CO., INC., et al.

    Defendants,

_____/

MARC GREGOIRE, et al.

    Plaintiff,

vs.                                        CASE NO. 03-80714-CIV-ZLOCH

SALBERG & CO., P.A., et al.

    Defendants,

_____/

## **FINAL JUDGMENT**

THIS MATTER is before the Court sua sponte. Based on the Final Judgment (DE 85) entered in Case No. 03-80596-CIV-ZLOCH granting Plaintiffs' Motion In Support Of Approval Of Settlement, Plan Of Allocation And Approval Of Application For Attorney's Fees And Reimbursement Of Expenses (DE 74, 03-80596-CIV-ZLOCH) and pursuant to Federal Rule of Civil Procedure 58, it is

**ORDERED AND ADJUDGED** as follows:

1. Final Judgment is hereby entered in accordance with the terms contained in that Final Judgment (DE 85, 03-80596-CIV-ZLOCH); and

2. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _11th_ day of August, 2004.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

All Attorney's of record